UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1  Kalon Shade,
D-2  Darnell Lee, Jr.,
D-3  Christopher Calwise,

    Defendants.
_____/

Criminal No. 21-cr-20037

Honorable Linda V. Parker

Violations:
18 U.S.C. § 922(g)(1)

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about January 6, 2021, in the Eastern District of Michigan, and elsewhere, defendant KALON SHADE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: one (1) Ruger P90 .45 ACP, bearing serial number: 661-25194, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about January 6, 2021, in the Eastern District of Michigan, and elsewhere, defendant DARNELL LEE JR., knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: one (1) Ruger P90 .45 ACP, bearing serial number: 661-25194, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about November 20, 2020, in the Eastern District of Michigan, and elsewhere, defendant KALON SHADE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: one (1) TNW (Tech Network Inc.) Model ASR (Aero Surveillance Rife) 9 x 19mm caliber semi-automatic pistol, bearing serial number M2279, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about November 20, 2020, in the Eastern District of Michigan, and elsewhere, defendant DARNELL LEE JR., knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: one (1) TNW (Tech Network Inc.) Model ASR (Aero Surveillance Rife) 9 x 19mm caliber semi-automatic pistol, bearing serial number M2279, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about November 20, 2020, in the Eastern District of Michigan, and elsewhere, defendant CHRISTOPHER CALWISE, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: one (1) TNW (Tech Network Inc.) Model ASR (Aero Surveillance Rife) 9 x 19mm caliber semi-automatic pistol, bearing serial number M2279, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATIONS**
(18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon being convicted of violating Title 18, United States Code, Section 922, as set forth in this Indictment, the convicted defendants KALON SHADE, DARNELL LEE JR., and CHRISTOPHER CALWISE shall forfeit to the United States any firearm and ammunition involved in the offense, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), including but not limited to:

- One (1) Ruger P90 .45 ACP, bearing serial number: 661-25194, and
- One (1) TNW (Tech Network Inc.) Model ASR (Aero Surveillance Rife) 9 x

9mm caliber semi-automatic pistol, bearing serial number M2279

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/ Ranya Elzein*
RANYA ELZEIN
Assistant United States Attorney

Dated: April 21, 2021

5

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21-cr-20037 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐ Yes ☒ No | AUSA's Initials: RE |

FILED USDC - CLRK DET
2021 APR 21 PM 4:46

**Case Title:** USA v. Kalon Shade, et al.

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 21-cr-20037       **Judge:** Linda V. Parker

**Reason:**
Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-1 Kalon Shade | 18 U.S.C. 922(g)(1) | |
| D-2 Darnell Lee, Jr. | | |
| D-3 Christopher Calwise | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 21, 2021
Date

Ranya Elzein (0090887 (Ohio))
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ranya.elzein@usdoj.gov
(313) 226-9518

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.